| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bright, Myron H | U.S.C.A.--Eighth Circuit | 05/10/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge Senior Status | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 655 First Avenue North<br>Suite 340<br>Fargo, ND 58102-4952 | Reviewing Officer_____ ' Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Legal Education Fund, Inc. |
| 2. Director | U.S. - Asia Law Institute |
| 3. Trustee | Trust #1 and #2 |
| 4. | |
| 5. | |

2007 MAY 14 P 12: 23 RECEIVED FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Matthew Bender & Co., Albany, NY (royalties) | $ 624.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. University of Hawaii Foundation | 2/24 - Honolulu, HI -- Jurists-in-Residence Program (travel) |
| 2. University of Wisconsin Law School | 7/26-27 -- Minneapolis, MN -- Meeting with judges from Minnesota, Illinois, and Shanghai, China (travel, lodging) |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | D | Int./Div. | M | T | | | | | |
| 2. --TD Ameritrade Money Market (former TD Waterhouse Bank) | | | | | | | | | |
| 3. --BR Common Stock (merge into ConocoPhillips) | A | Dividend | | | Merge | 04/03 | K | E | received cash and stock |
| 4. --El Paso Corp. Common Stock | | | | | | | | | |
| 5. --Chevron Common Stock | A | Dividend | | | Sell | 09/21 | J | C | |
| 6. --Surmodics Common Stock | | None | | | Sell | 09/21 | J | C | |
| 7. --Fargo ND Lease Revenue Bonds | | | | | | | | | |
| 8. --Bank of America Capital Trust II Common Stock | A | Interest | | | Sell | 04/10 | J | A | |
| 9. --Ivy Global Natural Resources Fund | | None | | | Buy | 04/10 | J | | |
| 10. | | None | | | Buy | 10/27 | J | | |
| 11. | | None | | | Sell | 12/11 | K | C | |
| 12. --Ivy Money Market | A | Dividend | K | T | Buy | 12/11 | K | | |
| 13. --ConocoPhillips Common (BR common stock merger) | A | Dividend | | | Sell | 09/21 | K | D | |
| 14. --Nuveen Flagship High Yield Municipal Bond Fund | A | Dividend | K | T | Buy | 04/10 | K | | |
| 15. --Eaton Vance Greater India Fund | | | | | Buy | 04/10 | J | | |
| 16. | | None | | | Sell | 06/07 | J | | |
| 17. Federal Employees Credit Union | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 | A | Int./Div. | J | T | | | | | |
| 19. --TD Ameritrade Money Market (former TD Waterhouse Bank) | | | | | | | | | |
| 20. --BR Common Stock (merge into ConocoPhillips) | A | Dividend | | | Merge | 04/03 | J | A | Received cash and stock |
| 21. --ConocoPhillips Common (BR Common Stock merger) | A | Dividend | J | T | | | | | |
| 22. Total Control Account Money Market Option | A | Interest | | | Redemption | 05/03 | J | | |
| 23. Brokerage Account #1 | | | | | | | | | |
| 24. --US Bancorp Common Stock | A | Dividend | | | Sell | 12/21 | J | B | |
| 25. --Edward Jones Money Market | | None | | | | | | | Below reporting threshold |
| 26. --Capital Income Builder Fund | A | Dividend | K | T | Buy | 07/21 | K | | |
| 27. --Federated Municipal & Stock Advantage Fund | A | Dividend | L | T | Buy | 07/21 | L | | |
| 28. --Franklin Bank Austin, Texas (CD) | | | | | Buy | 01/06 | J | | |
| 29. --Franklin Bank Austin, Texas (CD) | A | Interest | | | Redemption | 04/12 | J | | |
| 30. --First Federal Bank of Calif. (CD) | A | Interest | J | T | Buy | 04/17 | J | | |
| 31. Brokerage Account #2 | | | | | | | | | |
| 32. --TD Ameritrade Money Market (former TD Waterhouse Bank) | A | Interest | K | T | | | | | |
| 33. --Delaware Group Tax Free USA Fund | A | Dividend | J | T | | | | | |
| 34. --Crucell NV Common Stock | | None | | | Sell | 06/07 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  --Chesapeake Energy Corp. Common Stock | A | Dividend | | | Sell | 09/21 | J | | |
| 36.  --Duke Energy Corp. Common Stock | A | Dividend | K | T | | | | | |
| 37.  --Nabors Industries Common Stock | | None | | | Sell | 06/13 | J | | |
| 38.  --Nuveen Flagship High Yield Municipal Bond Fund | B | Dividend | L | T | | | | | |
| 39.  --Noble Corp. Common Stock | A | Dividend | | | Sell | 07/10 | J | C | |
| 40.  --NFJ Dividend Strategy Fund | B | Dividend | | | Sell | 07/10 | K | | |
| 41.  --Wells Fargo & Co. Common Stock | A | Dividend | K | T | | | | | |
| 42.  --UST Inc. Common Stock | A | Dividend | | | Sell | 04/18 | J | B | |
| 43.  --UST Inc. Common Stock | A | Dividend | J | T | Buy | 09/21 | J | | |
| 44.  --Broadcom Corp. Common Stock | | None | | | Sell | 07/25 | J | A | |
| 45.  --CR Bard, Inc. Common Stock | A | Dividend | | | Partial Sale | 04/18 | K | | |
| 46. | A | Dividend | | | Sell | 07/25 | J | A | |
| 47.  --Freeport McMoran Copper & Gold Common Stock | A | Dividend | | | Buy | 04/18 | K | | |
| 48. | A | Dividend | | | Sell | 06/13 | J | | |
| 49.  --Energy Partners Ltd. Common Stock | | None | | | Buy | 04/18 | J | | |
| 50. | | None | | | Sell | 06/13 | J | | |
| 51.  --Education Realty Trust Inc. | A | Distribution | J | T | Buy | 04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period — (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period — (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period — (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --BHP Billiton Ltd Common Stock | | None | | | Buy | 04/18 | J | | |
| 53. | | None | | | Sell | 06/07 | J | | |
| 54. --Eaton Vance Greater India Fund | | None | | | Buy | 03/14 | J | | |
| 55. | | None | | | Sell | 06/07 | J | | |
| 56. Trust #2 | A | Int./Div. | K | T | | | | | |
| 57. --Edward Jones Money Market | | | | | | | | | Below reporting threshold |
| 58. --Grand Forks ND Refunding & Improvement Municipal Bonds | | | | | | | | | |
| 59. --Capital Income Builder Fund | A | Dividend | J | T | Buy | 10/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 05/10/2007 |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 05/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____   Date_____ May 10, 2007 _____

NOTE: ANY INDIVIDUAL ▮ KNOWINGLY AND W▮LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTI▮ (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544